**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., | ) | Case No. 23-90005 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-0539758 | ) | |
| In re: | ) | |
| AMSCAN CUSTOM INJECTION MOLDING, LLC, | ) | Chapter 11 |
| Debtor. | ) | Case No. 23-90015 (DRJ) |
| Tax I.D. No. 47-4124238 | ) | |
| In re: | ) | |
| AMSCAN INC., | ) | Chapter 11 |
| Debtor. | ) | Case No. 23-90011 (DRJ) |
| Tax I.D. No. 13-1771359 | ) | |
| In re: | ) | |
| AMSCAN PURPLE SAGE, LLC, | ) | Chapter 11 |
| Debtor. | ) | Case No. 23-90016 (DRJ) |
| Tax I.D. No. 47-4653514 | ) | |
| In re: | ) | |
| AM-SOURCE, LLC, | ) | Chapter 11 |
| Debtor. | ) | Case No. 23-90013 (DRJ) |
| Tax I.D. No. 05-0518427 | ) | |

| | | |
|---|---|---|
| In re: | ) ) ) | |
| ANAGRAM EDEN PRAIRIE PROPERTY HOLDINGS LLC, | ) ) ) ) | Chapter 11 |
| Debtor. | ) ) | Case No. 23-90012 (DRJ) |
| Tax I.D. No. 41-1918309 | ) ) | |
| In re: | ) ) ) | |
| PARTY CITY CORPORATION, | ) ) ) | Chapter 11 |
| Debtor. | ) ) | Case No. 23-90010 (DRJ) |
| Tax I.D. No. 22-3033692 | ) ) | |
| In re: | ) ) ) | |
| PARTY CITY HOLDINGS INC., | ) ) ) | Chapter 11 |
| Debtor. | ) ) | Case No. 23-90009 (DRJ) |
| Tax I.D. No. 20-1033029 | ) ) | |
| In re: | ) ) ) | |
| PARTY HORIZON INC., | ) ) ) | Chapter 11 |
| Debtor. | ) ) | Case No. 23-90017 (DRJ) |
| Tax I.D. No. 82-1265812 | ) ) | |
| In re: | ) ) ) | |
| PC INTERMEDIATE HOLDINGS, INC., | ) ) ) | Chapter 11 |
| Debtor. | ) ) | Case No. 23-90007 (DRJ) |
| Tax I.D. No. 46-0621229 | ) ) | |

| | |
|---|---|
| In re: | ) |
| | ) |
| PC NEXTCO FINANCE, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 23-90008 (DRJ) |
| | ) |
| Tax I.D. No. 46-3332091 | ) |
| | ) |
| In re: | ) |
| | ) |
| PC NEXTCO HOLDINGS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 23-90006 (DRJ) |
| | ) |
| Tax I.D. No. 46-3277285 | ) |
| | ) |
| In re: | ) |
| | ) |
| PRINT APPEAL, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 23-90004 (DRJ) |
| | ) |
| Tax I.D. No. 75-2955932 | ) |
| | ) |
| In re: | ) |
| | ) |
| TRISAR, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 23-90014 (DRJ) |
| | ) |
| Tax I.D. No. 95-3420659 | ) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to jointly administer their chapter 11 cases for procedural purposes only and (b) granting related

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

3

relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Party City Holdco Inc., Case No. 23-90005.

2. The following checked items are ordered:

   a. ☒ All of the jointly administered cases not previously assigned to Judge Jones are transferred to Judge Jones.

   b. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by a plan proponent.

   c. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   d. ☒ Other: See below.

4

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] ) | |
| ) | Case No. 23-90005   (DRJ) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Party City Holdco Inc.:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Party City Holdco Inc. Case No. 23-90005, Amscan Custom Injection Molding, LLC Case No. 23-90015, Amscan Inc. Case No. 23-90011, Amscan Purple Sage, LLC Case No. 23-90016, Am-Source, LLC Case No. 23-90013, Anagram Eden Prairie Property Holdings LLC Case No. 23-90012, Party City Corporation Case No. 23-90010, Party City Holdings Inc. Case No. 23-90009, Party Horizon Inc. Case No. 23-90017, PC Intermediate Holdings, Inc. Case No. 23-90007, PC Nextco Finance, Inc. Case No. 23-90008, PC Nextco Holdings, LLC Case No. 23-90006, Print Appeal, Inc. Case No. 23-90004, and Trisar, Inc. Case No. 23-90014. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-90005 (DRJ).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas  
Dated: _____, 2023

                                        UNITED STATES BANKRUPTCY JUDGE